

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Jose Angel Graciano-Soto | MJ 17-3077 |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __December 11__, __2017__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Michael R. Wilner__, in Courtroom __550__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/6/17__

U.S. ~~District Judge~~/Magistrate Judge